UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>GERALD LEE GERARDEN,<br><br>        Defendant. | Case No. 17-cr-00151-RS-1  (JSC)<br><br>**ORDER OF DETENTION** |

Defendant Gerald Lee Gerarden is charged by indictment with violating 18 U.S.C. § 922(g). Mr. Gerarden came before the Court on April 24, 2017 for a detention hearing. He was represented by Gabriela Bischof, Assistant Federal Public Defender. The Pretrial Services Report recommended that Mr. Gerarden be detained. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community. In particular, Mr. Gerarden's lengthy criminal record, including several recent firearm/ammunition convictions, and several probation violations, make him a danger. Accordingly, Mr. Gerarden will be detained pending trial in this matter.

These findings are made without prejudice to the defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Gerarden be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Gerarden be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: April 24, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge