1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  RANDALL LEONARD (FLBN 0056205)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7018
7       FAX: (415) 436-7027
        Email: randall.leonard@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-151 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 25, 2017 TO JUNE 6, 2017.** |
| GERALD LEE GERARDEN, | |
| Defendant. | |

On April 25, 2017, the defendant had his first appearance appeared before the District Court on this matter. At the hearing, the Court directed the parties to appear on June 6, 2017, for a status conference. The parties agree that the additional time is necessary for effective preparation of counsel. Therefore, the parties agree and jointly request that the time between April 25, 2017, and June 6, 2017, be excluded to provide reasonable time necessary for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See id.*

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-151 RS

DATED: April 26, 2017               Respectfully Submitted,

                                    BRIAN J. STRETCH
                                    United States Attorney

                                     /s/ Randall Leonard
                                    RANDALL LEONARD
                                    Assistant United States Attorney


                                    /s/ Steven Kalar
                                    STEVEN KELAR
                                    Attorney for GERALD LEE GERARDEN


## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from April 25, 2017, through and including June 6, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  4/26/17                     _____
                                    THE HONORABLE RICHARD SEEBORG
                                    United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-151 RS