IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 17–00151 RS |
|---|---|
| Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |
| v. | |
| GERALD LEE GERARDEN, | |
| Defendant. | |

The above-entitled matter is currently scheduled for July 11, 2017. The Court moved the appearance to July 18, 2017. Unfortunately, counsel for the defense is unavailable on that date. The defense accordingly asks that the status appearance be moved to Tuesday, July 25, 2017.

The government has no objection to this request.

Therefore, for good cause shown the status appearance now scheduled for Tuesday, July 18, 2017, is vacated. This matter shall be added to the Court's calendar on Tuesday, July 25, 2017, at 2:30 p.m. for status. Time shall be excluded under the Speedy Trial Act between July 11, 2017 and July 25, 2017 to permit for the effective assistance of counsel.

//

//

//

//

//

//

STIP. ORD. CONTINUING HEARING
*GERARDEN*, CR 17–00151 RS

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

7/11/17
Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

July 11, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
RANDALL LEONARD
Assistant United States Attorney

July 11, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S