BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL LEONARD (FLBN 0056205)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7018
    FAX: (415) 436-7027
    Email: randall.leonard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERALD LEE GERARDEN, <br><br> Defendant. | CASE NO. CR 17-151 RS <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 19, 2017, TO NOVEMBER 14, 2017.** |

On September 19, 2017, the parties appeared before the District Court on this matter for a status conference. At the hearing, the parties updated the Court on the status of discovery and set dates for a suppression motion. The filing deadline for that motion was set for November 14, 2017. The parties agree that the time between the hearing and filing date is necessary for effective preparation of counsel. Therefore, the parties agree and jointly request that the time between September 19, 2017, and November 14, 2017, be excluded to provide reasonable time necessary for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See id.*

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-151 RS

DATED: September 20, 2017            Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

 /S/ Randall Leonard
RANDALL LEONARD
Assistant United States Attorney


/S/ Steven Kalar
STEVEN KALAR
Attorney for GERALD LEE GERARDEN

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from September 19, 2017, through and including November 14, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  9/21/17

THE HONORABLE RICHARD SEEBORG
United States District Court Judge