IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERALD LEE GERARDEN, <br> Defendant. | Case No.: CR 17–00151 RS <br><br> [~~PROPOSED~~] **STIPULATED ORDER REGARDING BRIEFING SCHEDULE** |

The defense in this case has noticed its intention to file a Fourth Amendment suppression motion. The Court has previous agreed to the following briefing and hearing schedule:

    Defense Motion:    November 14, 2017

    Government Response:    December 5, 2017

    Defense Reply:    December 19, 2017

    Hearing:    January 9, 2018 at 2:30 pm.

In this stipulated order, the parties represent that they are currently engaged in settlement discussions. The parties represent that they believe the case may resolve before litigation on the suppression motion begins. Therefore, the parties jointly recommend that the briefing schedule be modified, to delay the initiation by one week and to take that week from the time for the defense Reply:

| | |
|---|---|
| Defense Motion: | November 21, 2017 |
| Government Response: | December 12, 2017 |
| Defense Reply (Same): | December 19, 2017 |
| Hearing (Same): | January 9, 2018 at 2:30 pm. |

Therefore, for good cause shown the above briefing schedule is adopted. The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the filing of the defense motion on November 21, 2017. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

11/14/17
Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

November 14, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
RANDALL LEONARD
Assistant United States Attorney

November 14, 2017
Dated

STEVEN G. KALAR
Federal Public Defender

/S
Northern District of California